UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

OLIVER ACKERLEY,

        Debtor

_____

OLIVER ACKERLEY,

        Appellant,

v.                                                                       Case No. 8:08-cv-56-T-24

WACHOVIA BANK N.A.,

        Appellee.
_____/

**ORDER**

This cause comes before the Court on Appellee's motion for attorneys' fees. (Doc. No. 10). Appellant did not file a response in opposition, despite the Court warning him that failure to respond would result in the Court deeming the motion to be unopposed. (Doc. No. 11).

In this motion, Appellee requests $3,679.00 in attorneys' fees[1] for the 15.3 hours that its counsel spent on this appeal. Upon review of the motion and the exhibits attached thereto, the Court finds that the amount of hours spent and the rates charged were reasonable. Accordingly, it is ORDERED AND ADJUDGED that the motion is **GRANTED**, and Appellee is awarded $3,679.00 in attorneys' fees.

**DONE AND ORDERED** at Tampa, Florida, this 29th day of February, 2008.

Copies to:
Counsel of Record

SUSAN C. BUCKLEW
United States District Judge

---

[1] The request for attorneys' fees is pursuant to a provision in the mortgage executed by Appellant in favor of Appellee attached at Doc. No. 10, Ex. 2.